**NO JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN T. ZABASKY, | CASE NO.: CV-07-06875 GW (JTLx) |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation; AMERICAN HOME ASSURANCE CO., a New York corporation; GRANITE STATE INSURANCE CO., a Pennsylvania corporation; and DOES 1 through 300, inclusive, | |
| Defendants. | |

1    Having granted defendant Granite State Insurance Company's ("Granite

2  State") Motion to Dismiss the Complaint on July 11, 2008, the Court hereby

3  dismisses the above-captioned action as against Granite State with prejudice and

4  enters judgment in favor of Granite State and against plaintiff John T. Zabasky.

6  DATED:  July 11, 2008

7  _____

8  The Honorable George H. Wu
   United States District Court Judge